UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEFFREY RANIEWICZ,

        Petitioner,

        v.                                      Case No. 03-C-587

STATE OF WISCONSIN,

        Respondent.

DECISION AND ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE AARON E. GOODSTEIN (DOC. # 25)

On September 5, 2006, Magistrate Judge Aaron E. Goodstein issued a recommendation that this court dismiss defendant's petition for habeas corpus filed on June 20, 2003, and the defendant did not object to this recommendation in accordance with 28 U.S.C. §636(b)(1)(A) and General Local Rule 72.3. The district court reviews magistrate judge's recommendations to which there have been no objections using a clear error or contrary to law standard. *See Thomas v. Arn*, 474 U.S. 140 (1985). Because Judge Goodstein's recommendation is not clearly erroneous and is supported by the record,

IT IS ORDERED that the September 5, 2006, recommendation of Magistrate Aaron E. Goodstein is adopted.

Dated at Milwaukee, Wisconsin, this 25th day of September, 2006.

BY THE COURT

s/ C. N. CLEVERT, JR.
C. N. CLEVERT, JR.
U. S. District Judge